UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE DUVAN HOLGUIN LEMUS,<br><br>Petitioner,<br><br>v.<br><br>CHIRSTOPHER CHESTNUT, *et al*.,<br><br>Respondents. | Case No.  1:26-cv-05109  (VC)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 1, 2 |

The Court has reviewed Petitioner' Petition for Writ of Habeas Corpus (Dkt. No. 1) and Motion for Temporary Restraining Order ("TRO") (Dkt. No. 2).  The issues raised therein appear to mirror those previously addressed by the Court in many prior cases. *See Alauddin v. Chestnut*, No. 1:26-CV-03541 (AMO), 2026 WL 1346863 (E.D. Cal. May 14, 2026); *Ozturk v. Lyons*, No. 1:26-CV-03484 (VC), 2026 WL 1354540 (E.D. Cal. May 14, 2026); *Zheng v. Warden*, No. 1:26-CV-03533 (EJD), 2026 WL 1354477 (E.D. Cal. May 14, 2026).

On or before July 8, 2026, Respondents are ordered to show cause as to whether there are any factual or legal issues in this case that render it distinct from the Court's prior orders in the cases listed above and would justify denial of a preliminary injunction and the habeas petition. Respondents should also state whether they oppose this Court ruling directly on the underlying Petition and/or converting the motion to a preliminary injunction. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); 28 U.S.C. § 2243 ("The court shall summarily hear and determine the facts, and dispose of [a petitioner's habeas petition] as law and justice require."); *Dzhabrailov v. Decker*, No. 20-cv-03118-PMH, 2020 WL 2731966,

at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously). Petitioner may file a reply on or before July 9, 2026.

Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.


**IT IS SO ORDERED.**

Dated: July 6, 2026

_____

VINCE CHHABRIA
United States District Judge

2